UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 20-1428-JFW (KS)                                             Date: August 10, 2020

Title   *Karen Edmon v. Benjermine Schuler et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                   Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 16, 2020, Plaintiff, a California resident proceeding *pro se*, filed a complaint (the "Complaint") against the County of Riverside and others in connection with the the death of her daughter. (Dkt. No. 1.)  It is wholly unclear from the Complaint and its attachments what actions any defendant took that caused Plaintiff's daughter's death, and the Court cannot determine the date or cause of Plaintiff's daughter's death or the number of, and legal basis for, Plaintiff's claims. (*See generally id.*)  Accordingly, the Complaint is subject to dismissal for failure to state a claim and comply with Rule 8 of the Federal Rules of Civil Procedure. *See McHenry v. Renne*, 84 F.3d 1172, 1178 (9th Cir. 1996) (pleading violates Rule 8 if "one cannot determine from the complaint who is being sued, for what relief, and on what theory"); *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (a complaint violates Rule 8 if a defendant would have difficulty understanding and responding to it).

Additionally, on July 20, 2020, the Court notified Plaintiff that she had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 4.)  More than three weeks have now passed, and Plaintiff has not responded to the Court's notification. Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than August 24, 2020, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60) and the Central District's standard civil rights complaint form (CV-66). **To discharge this Order and proceed with her case, Plaintiff must either:  (1) pay the $400 filing fee in full; or (2) file the completed**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 20-1428-JFW (KS)                                                    Date: August 10, 2020

Title      *Karen Edmon v. Benjermine Schuler et al*

**form Request to Proceed In Forma Pauperis, and the necessary documentation, with the Court on or before the August 24, 2020 deadline.**

      Plaintiff is also strongly encouraged to file a First Amended Complaint that complies with Rule 8 of the Federal Rules of Civil Procedure and makes clear the nature and grounds for each claim, specifically identifies the defendants Plaintiff maintains are liable for each claim, and clearly and concisely explains the factual and legal basis for each defendant's liability.

      **Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of her case.**

      **IT IS SO ORDERED**.

:

**Initials of Preparer**   gr