JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN EDMON, </br>     Plaintiff, </br>   v. </br> BENJERMINE SCHULER, et al, </br>     Defendants. | NO. EDCV 20-1428-JFW (KS) </br></br> ORDER AND JUDGMENT OF DISMISSAL |

On July 16, 2020, Plaintiff, a California resident proceeding *pro se*, filed a complaint (the "Complaint") against the County of Riverside and others in connection with the death of her daughter. (Dkt. No. 1.) It is wholly unclear from the Complaint and its attachments what actions any defendant took that caused Plaintiff's daughter's death, and the Court cannot determine the date or cause of Plaintiff's daughter's death or the number of, and legal basis for, Plaintiff's claims. (*See generally id.*) Accordingly, the Complaint is subject to dismissal for failure to state a claim and comply with Rule 8 of the Federal Rules of Civil Procedure. *See McHenry v. Renne*, 84 F.3d 1172, 1178 (9th Cir. 1996) (pleading violates Rule 8 if "one cannot determine from the complaint who is being sued, for what relief, and on what theory"); *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (a complaint violates Rule 8 if a defendant would have difficulty understanding and responding to it).

Additionally, on July 20, 2020, the Court notified Plaintiff that she had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 4.) On August 10, 2020, after more than three weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than August 24, 2020, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 6.)

More than two months have now passed since the Court issued its July 10, 2020 notification, and three weeks have passed since Plaintiff's August 24, 2020 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: September 15, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE